IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:20-cv-04196

Judge Matthew F. Kennelly

**FINAL JUDGMENT ORDER**

This action having been commenced by WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs") against the Defendants identified in the attached First Amended Schedule A using the Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and WHAM-O having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by WHAM-O, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

WHAM-O having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired.

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiffs have presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiffs' Trademarks. *See* Docket No. 12 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the FRISBEE Trademarks, U.S. Trademark Registration Nos. 4,046,202; 970,089 and 679,186.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that WHAM-O's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the FRISBEE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine WHAM-O Product or not authorized by WHAM-O to be sold in connection with the FRISBEE Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine WHAM-O Product or any other product produced by WHAM-O, that is not WHAM-O's or not produced under the authorization, control or supervision of WHAM-O and approved by WHAM-O for sale under the FRISBEE Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of WHAM-O, or are sponsored by, approved by, or otherwise connected with WHAM-O;

    d. further infringing the FRISBEE Trademarks and damaging WHAM-O's goodwill;

    e. otherwise competing unfairly with WHAM-O in any manner;

    f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WHAM-O, nor authorized by WHAM-O to be sold or offered for sale, and which bear any of the FRISBEE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

    g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

    h. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the FRISBEE Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine WHAM-O Product or not authorized by WHAM-O to be sold in connection with the FRISBEE Trademarks.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the FRISBEE Trademarks, including any accounts associated with the Defaulting Defendants listed on First Amended Schedule A attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the FRISBEE Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Online Marketplaces identified on First Amended Schedule A from displaying in search results.

3. Pursuant to 15 U.S.C. § 1117(c)(2), WHAM-O is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred fifty thousand dollars ($150,000) for willful use of counterfeit FRISBEE Trademarks on products sold through at least the Defendant Internet Stores.

4. Amazon Payments, Inc. ("Amazon") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites identified on First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon are hereby released to WHAM-O as partial payment of the above-identified damages, and Amazon is ordered to release to WHAM-O the amounts from Defaulting Amazon accounts within seven (7) business days of receipt of this Order.

6. Until WHAM-O has recovered full payment of monies owed to it by any Defaulting Defendant, WHAM-O shall have the ongoing authority to serve this Order Amazon in the event that any new Amazon accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Amazon shall within two (2) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Amazon accounts;

   b. Restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' Amazon accounts to WHAM-O as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

    d. Upon Plaintiffs' request, Amazon shall disable and/or cease facilitating access to the Defaulting Defendants' accounts, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's WHAM-O Trademarks.

7. Until WHAM-O has recovered full payment of monies owed to it by any Defaulting Defendant, WHAM-O shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

    b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' financial accounts to WHAM-O as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

    d. Upon Plaintiffs' request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or

    controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of WHAM-O's trademarks.

8. In the event that WHAM-O identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, WHAM-O may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Todd Richards and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The bond posted by Plaintiffs in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiffs or Plaintiffs' counsel.

This is a Final Judgment.

Dated: September 27, 2020

                                                  _____
                                                  United States District Court Judge

# FIRST AMENDED SCHEDULE A

| No. | Defendants |
|---|---|
| 1 | ??Cloke?? |
| 2 | ADIMGShop |
| 3 | AHuShi |
| 4 | Ainanm |
| 5 | |
| 6 | |
| 7 | |
| 8 | Always Online |
| 9 | |
| 10 | Are we together |
| 11 | |
| 12 | Automotech |
| 13 | BabeKing |
| 14 | bai huo shang dian |
| 15 | balabalahei |
| 16 | Balata Home |
| 17 | BAOYIT |
| 18 | bbogengg |
| 19 | |
| 20 | Best-deal88 |
| 21 | bjzxz |
| 22 | BOOB |
| 23 | Bubblekiss Aopeng |
| 24 | |
| 25 | C&L-US |
| 26 | Camillaxdlf |
| 27 | |
| 28 | chenghuaquyongdingranshishangmanbu |
| 29 | chengzhifeixiang |
| 30 | Christine's store |
| 31 | Chuangrong |
| 32 | CICCC |
| 33 | Coohyonfoy |
| 34 | DALAI |
| 35 | Dark Area Store |
| 36 | D-DUK |
| 37 | Deal Value with YingYing |
| 38 | Depruies |

| | |
|---|---|
| 39 | |
| 40 | diyanye |
| 41 | |
| 42 | Ds Online |
| 43 | DULIU |
| 44 | |
| 45 | Ebtoys shop |
| 46 | Euoso |
| 47 | Evator |
| 48 | excursion |
| 49 | Fairy jump |
| 50 | fanweiwei |
| 51 | |
| 52 | fengkuo |
| 53 | Flying cars |
| 54 | Fu DaShi |
| 55 | FYX-StoreOnline |
| 56 | Gao's shops |
| 57 | GET CO.,LTD |
| 58 | Gnpmmd-us |
| 59 | |
| 60 | GNTOP |
| 61 | GOOD PET&SHOP |
| 62 | |
| 63 | Gwill |
| 64 | |
| 65 | HAKUMA. |
| 66 | Happy boutique house |
| 67 | haptern |
| 68 | Hard work home |
| 69 | Hardworking person m |
| 70 | Hefei Bear Fat E-commerce Co., Ltd |
| 71 | Hexing Furniture |
| 72 | HIbuy |
| 73 | Hize Lin |
| 74 | Hogor |
| 75 | |
| 76 | hongyifei-shop |
| 77 | HSMCSHKAS |
| 78 | Hu-min |
| 79 | |

| | |
|---|---|
| 80 | i Great Home |
| 81 | ███████ |
| 82 | inboxGAUS |
| 83 | Itenqi |
| 84 | ███████ |
| 85 | Jia He Shop |
| 86 | jiabing Kang |
| 87 | JiaHome |
| 88 | Jialan |
| 89 | JiaLiYangGuangUs |
| 90 | ███████ |
| 91 | JianMing Shop |
| 92 | ███████ |
| 93 | JIAXIAO Ship |
| 94 | JiLei |
| 95 | ███████ |
| 96 | ███████ |
| 97 | JinZC-US |
| 98 | ███████ |
| 99 | JIUZO |
| 100 | JJangHy |
| 101 | Junson |
| 102 | ███████ |
| 103 | ███████ |
| 104 | KELLYBABY |
| 105 | ███████ |
| 106 | KKhoney |
| 107 | ███████ |
| 108 | Kuso |
| 109 | LanDream |
| 110 | lanzhili |
| 111 | Lastnight |
| 112 | ███████ |
| 113 | LDJ - LTD |
| 114 | LDRLDFRFG |
| 115 | liangze123456 |
| 116 | LIAN-SHOP |
| 117 | ███████ |
| 118 | Lightning rat |
| 119 | lijiejingyingbu |
| 120 | LIMEI Direct |

| | |
|---|---|
| 121 | li-ming |
| 122 | Lin Xian Ze Lin Ri Yong Bai Huo Shang Hang |
| 123 | linxianjunjunjiajudian |
| 124 | linxianweiguowujinmenshibu |
| 125 | LinxianYanfengFuzhuangdian |
| 126 | lishumao |
| 127 | liutao shop |
| 128 | liutaosheng |
| 129 | Liuweihao888 |
| 130 | LLSDLS |
| 131 | Loprt |
| 132 | Love Beautiful House |
| 133 | Lucky Egg Store |
| 134 | |
| 135 | lvliangshilishiqulijixinwujinrizadian |
| 136 | |
| 137 | Ma DONG shop |
| 138 | Makkalen |
| 139 | Mangmosp36 |
| 140 | MAXYQ |
| 141 | meihaonianhua |
| 142 | MENG SHENG |
| 143 | MengJieShi Store |
| 144 | MGKPET |
| 145 | |
| 146 | mklkjdrh |
| 147 | |
| 148 | MoonyLI |
| 149 | Mullue |
| 150 | Muyuyunshang |
| 151 | na-na |
| 152 | |
| 153 | ncoshfiu |
| 154 | |
| 155 | Nifera |
| 156 | NJSHBHJ |
| 157 | NJZNXCJS |
| 158 | Numbot |
| 159 | nuobikj |
| 160 | nuokechongwu |
| 161 | NYJRYBH |

| | |
|---|---|
| 162 | OBDDIY |
| 163 | Old Captain |
| 164 | OMISHIN |
| 165 | OPOB |
| 166 | PartLand |
| 167 | Pashanhu |
| 168 | pengfeiren |
| 169 | Petanme |
| 170 | PETCUTE-US |
| 171 | PETGADS |
| 172 | Piguyi |
| 173 | pinxiang |
| 174 | |
| 175 | Professimart |
| 176 | Q.VOPPD |
| 177 | |
| 178 | qingbaotong |
| 179 | Qingdaotuoyaomaoyiyouxiangongsi |
| 180 | qinniao |
| 181 | |
| 182 | Queny |
| 183 | QYZYG |
| 184 | |
| 185 | Royarebar |
| 186 | ruyang |
| 187 | |
| 188 | Salvatore - US |
| 189 | |
| 190 | SAspring |
| 191 | |
| 192 | |
| 193 | shanxikangyimei |
| 194 | she-love |
| 195 | ShengGe |
| 196 | shenghuoguan |
| 197 | Shenzhen Feng-Trade Co., Ltd. |
| 198 | |
| 199 | SHYM |
| 200 | |
| 201 | smartness |
| 202 | SPLY DTEM |

| | |
|---|---|
| 203 | SpringL Shop |
| 204 | SR T.C |
| 205 | star991 |
| 206 | SU YU XUN |
| 207 | Sunriseor |
| 208 | Supersale_TP |
| 209 | Suzhou Lianle Trading Co., Ltd. |
| 210 | SYFB |
| 211 | |
| 212 | |
| 213 | |
| 214 | taiyuanshixiaodianquliyadongshanghang |
| 215 | TangFeii |
| 216 | TheSunat |
| 217 | tjtz |
| 218 | |
| 219 | Toolsbast |
| 220 | Totrade Inc |
| 221 | Twinsmall |
| 222 | |
| 223 | URToys |
| 224 | USBEETPIA |
| 225 | US-pootiscen |
| 226 | vciq sports |
| 227 | VE Winter |
| 228 | VICOVI |
| 229 | |
| 230 | |
| 231 | WADFACOM |
| 232 | waitousanqi |
| 233 | WANGYANUS |
| 234 | |
| 235 | Wanrane |
| 236 | weichun1 |
| 237 | Wen-tong |
| 238 | Wodlok |
| 239 | WOOT® |
| 240 | WRLFLY |
| 241 | WuKong |
| 242 | wuqiyao |
| 243 | Wuwustore |

| | |
|---|---|
| 244 | WXJZFZHPWJ |
| 245 | WY&SHNAGMAO |
| 246 | wyjcom |
| 247 | wyys |
| 248 | Xeroy |
| 249 | XGCCD |
| 250 | XiaGuan |
| 251 | Xian Chuang Zhe |
| 252 | |
| 253 | Xiaoxian |
| 254 | xihouxian |
| 255 | XingXingShangDian |
| 256 | XJJwp0ne1 |
| 257 | |
| 258 | Xuan Xuan |
| 259 | XUEC |
| 260 | XZZFD |
| 261 | YAHUIDINGYE |
| 262 | |
| 263 | YiJie Shop |
| 264 | |
| 265 | |
| 266 | |
| 267 | Yotaini |
| 268 | Youthquake |
| 269 | YQCOM |
| 270 | yu fu yuan |
| 271 | YUNCHUANKJ |
| 272 | ZeHai |
| 273 | zenglingliang |
| 274 | Zhenxing |
| 275 | zhenyi1 shop |
| 276 | Zhi Jin Shan Shop |
| 277 | ZhiMengcom |
| 278 | ZHPRZD |
| 279 | ZLVE |
| 280 | Zrongus |
| 281 | ZuilyHome |
| 282 | ZyMotorized |
| 283 | ZZLSP |