**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:20-cv-04196

Judge Matthew F. Kennelly

Magistrate Judge Maria Valdez

## STATUS REPORT

Pursuant to the Court's minute entry order [42], WHAM-O HOLDING, LTD. and INTERSPORT CORP. d/b/a WHAM-O ("WHAM-O" or "Plaintiffs") file this status report solely on behalf of Plaintiffs to report any defendants not disposed by the Final Judgment Order [42].

The following Defendants were excluded from the Final Judgment Order [42] and are represented by the same counsel. Plaintiffs have settled with two of the Defendants and are still in negotiation with the other four Defendants. Plaintiffs would like to request a 30-day extension for the settlement discussions.

| Defendant No. | Defendant Name | Status |
|---|---|---|
| 39 | Dissylove | Settled. Plaintiffs plan to file a notice of dismissal shortly. |
| 95 | Jingolden | Settled. Plaintiffs plan to file a notice of dismissal shortly. |
| 191 | Settlede | Under Settlement Negotiation. |
| 192 | Shantan | Under Settlement Negotiation. |
| 213 | Taimot | Under Settlement Negotiation. |
| 218 | Tomoyou | Under Settlement Negotiation. |

DATED:  October 27, 2020 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　　　111 West Jackson Boulevard, Suite 1700
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　　Telephone: 312-675-6079
　　　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

　　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 27, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　　　Keith A. Vogt