# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

WHAM–O HOLDING, LTD., et al.

                                        Plaintiff,

v.

Case No.: 1:20−cv−04196

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 19, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Because all of the defendants who moved to dismiss for lack of jurisdiction (defendants Dissylove, Settlede, Tomoyou, Taimot, and Jingolden) have since been voluntarily dismissed by plaintiff, the motion to dismiss [30] is terminated as moot. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.