# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

WHAM–O HOLDING, LTD., et al.

                                      Plaintiff,

v.                                                Case No.: 1:20−cv−04196

                                                              Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 21, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: All remaining defendants having been dismissed, the clerk is directed to terminate this case. Any hearing before this Court is stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.