**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WHAM-O HOLDING, LTD. and | ) |
| INTERSPORT CORP. d/b/a WHAM-O | ) |
| Plaintiff, | ) Case No.: 1:20-cv-04196 |
| v. | ) |
| | ) Hon. Judge Matthew F. Kennelly |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) |
| Defendants. | ) |

**Declaration of Chen Kai**

I, Chen Kai, of the City of Jinan, China, declare as follows:

1.  I am over eighteen (18) years of age.  I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein.  I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.  I am a manager supervising the operations of the Amazon store PartLand, Amazon seller ID A1CI63TD8MZ74X (the "Store"). I have access and control of the Store.

3.  The Store is not associated or co-operated with any other defendants in this case.

4.  After a diligent search of sale record and to the best of my knowledge, the Stores sold 0 items of the accused flying disc product for $0, and no item was shipped to the United States or State of Illinois. Attached as **Exhibit A** is a complete sale record of the accused product.

5.  The Store solely operates at address in China and sends and receives mail from such address. The Store has never owned, leased, or utilized an office in Illinois. The Store has never been liable to the Illinois tax jurisdiction.  The Store never advertised, held telephone listing, or maintained bank account in Illinois, and has no agents, employees, or contractors in Illinois.

6.  Specifically, the Store's address in China was posted on the storefront in the "detailed seller

information" section for public view, and shows "工业南路44号丁豪广场, 济南市, 高新

☒ 250101, Shandong Province, CN 18555229620."

7. The flying disc product listing at issue states "PartLand Dog Toy Frisbee Training Toys Flying Discs Flyer Silicone for Big Small Dogs Soft Tooth Resistant Rubber, Safe & Non-Toxic." The listing identified trademark "Partland" as the brand, and I did not intend to use Frisbee as a trademark nor did I know Frisbee may be a trademark in the U.S. or anywhere.

8. I did not understand the nature of this litigation and its potential effect on my account. I did not intend to avoid the current litigation if I was properly notified of the nature of the case.

9. I became aware of the nature of the case when I first spoke to counsel regarding this matter on or about July 20, 2022. I hired local counsel here in China to represent me in this matter on July 20, 2022. My local Chinese counsel began settlement negotiations with the Plaintiff's counsel on the same date. Despite my repeated effort to address the issue, the matter has not been resolved.

10. On August 10, 2022, I hired counsel based in the Northern District of Illinois to make an appearance and represent my rights and interests in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this August 12, 2022 in Jinan City, China.

Chen Kai
Chen Kai

# Exhibit A



PartLand | United States

English

Search

| Catalog | Inventory | Pricing | Orders | Advertising | Stores | Growth | Reports | Performance | Partner Network | B2B | Brands | Learn |

## Manage Orders  Learn more | Video tutorials

Go back to order list

**0 orders** Custom Date Range

Order ID  B07PLV5BHB

Ship-by date (ascending)   Results per page: 15   Set Tab

From:  1/1/19   To:  11/30/21   Date Ra

No orders were found that match the given search criteria.

| Help | Program Policies | English | Download the Amazon Seller mobile app | © 1999-2022, Am |