## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

WHAM−O HOLDING, LTD., et al.

                Plaintiff,

v.

Case No.: 1:20−cv−04196

Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion by defendant "Excursion" to vacate default [89] judgment is taken under advisement. Plaintiff is directed to file a response to the motion by 11/14/2022; defendant Excursion is directed to file a reply to the response by 11/21/2022. Telephonic motion hearing, unless deemed unnecessary by the Court, is set for 11/29/2022 at 8:55 AM, using call−in number 888−684−8852, access code 746−1053. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.