**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

WHAM–O HOLDING, LTD., et al.

|  | Plaintiff, |
| --- | --- |

v.

Case No.:
1:20–cv–04196

Honorable Matthew F.
Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

     MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to stay and conduct jurisdictional discovery [93] with respect to the motion by defendant Excursion to vacate the default judgment is denied without prejudice. The motion to vacate does not appear to the Court to assert arguments for vacating the judgment that require discovery. Plaintiffs may renew their request, if they wish, within the context of their response to the motion to vacate. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.